THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Eddie Blash,
 Jr., Petitioner,
v.
State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Florence County
Thomas Russo, Circuit Court Judge

Memorandum Opinion No.  2012-MO-005
Heard March 6, 2012  Filed March 28, 2012 

REVERSED AND REMANDED

 
 
 
Appellate
 Defender Kathrine H. Hudgins, of Columbia, for Petitioner.
Attorney
 General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Senior Assistant Attorney
 General David Spencer, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted petitioner's request for a
 writ of certiorari to review his direct appeal.  See White v. State,
 263 S.C. 110, 208 S.E.2d 35 (1974).  Petitioner challenges his sentence,
 alleging it was imposed in violation of his constitutional rights.  We agree.  See Mitchell v. United States, 526 U.S. 314 (1999).  Accordingly,
 appellant's sentence is reversed, and the matter remanded for resentencing.
REVERSED
 AND REMANDED.
 TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.